**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMERINO CORONA ACOSTA, | ) Case No.: 1:26-cv-02079 JLT HBK (HC) |
| Petitioner, | ) A File: 240-394-148 |
| v. | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| TAE D. JOHNSON, Acting Director, Immigration Customs and Enforcement; FIELD OFFICE DIRECTOR, SAN FRANCISCO ICE FIELD OFFICE; and WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | ) (Docs. 1, 13) |
| Respondents. | ) |

Camerino Corona Acosta is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the California City Detention Center in California City, California, proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.)

On May 20, 2026, the assigned magistrate judge issued Findings and Recommendations to grant the Petition. (Doc. 13.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within five days after service. (*Id.*) In addition, the Court "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 10-11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir.

2014). On May 14, 2026, Respondents timely filed objections, reiterating the "reasons set forth" in their previous briefing. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 20, 2026 (Doc. 13) are **ADOPTED** in full;

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3. Respondents are **ORDERED** to, **within 14 days** of this Order, provide Petitioner with a substantive bond hearing pursuant to 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or presents a flight risk if not detained.

4. At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

5. The Clerk of the Court is directed terminate any pending motions/deadlines, enter judgment for Petitioner, and close this case.

IT IS SO ORDERED.

Dated:    **May 26, 2026**

UNITED STATES DISTRICT JUDGE

2